UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Matthew Brent Fields**  Docket No. 5:07-CR-77-1BO

**Petition for Action on Supervised Release**

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Matthew Brent Fields, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and a Quantity of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 8, 2007, to the custody of the Bureau of Prisons for a term of 144 months. Upon a motion of the defendant pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 120 months on January 21, 2015. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Matthew Brent Fields was released from custody on January 28, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 28, 2017, the defendant tested positive for marijuana, which was confirmed through laboratory analysis. Fields signed an admission of drug use form acknowledging that he used marijuana on April 24, 2017. Due to this violation, the probation office is recommending that the defendant participate in drug treatment as directed and the DROPS Program. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Matthew Brent Fields
Docket No. 5:07-CR-77-1BO
Petition For Action
Page 2

Reviewed and approved, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: May 3, 2017

## ORDER OF THE COURT

Considered and ordered this ___4___ day of __May__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge